IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


Mohammed El Kalouchi          :

         Plaintiff,           :

     v.                       :     Case No. 2:08-cv-1021

U.S. Department of Justice,   :     JUDGE SMITH

         Defendant.           :

ORDER

      This case is before the Court to consider a Report and
Recommendation issued by the Magistrate Judge on November 28,
2008.  No objections have been filed to the Report and
Recommendation.  Therefore, the Court ADOPTS the Report and
Recommendation.  This Court has no jurisdiction to hear Mr. El
Kalouchi's claims and his remedy, if any, lies in an appeal to
the United States Court of Appeals for the Sixth Circuit.
Therefore, the Court is required to dismiss this action for lack
of jurisdiction and this case is DISMISSED.  In dismissing this
action, the Court notes that various attempts to serve a copy of
the Report and Recommendation on plaintiff by regular and
certified mail have been unsuccessful because he has failed to
keep the Court advised of his current address.




                              /s/ George C. Smith
                              George C. Smith
                              United States District Judge